**UNITED STATES of America,
Appellee,**

v.

**David ROSA, Defendant–Appellant.**

No. 06–2408–cr.

United States Court of Appeals,
Second Circuit.

April 11, 2007.

Timothy W. Hoover, Assistant Federal Defender, Federal Public Defender's Office for the Western District of New York, Buffalo, NY, for Appellant.

Joel L. Violanti, Assistant United States Attorney (Terrance P. Flynn, United States Attorney, on the brief), United States Attorney's Office for the Western District of New York, Buffalo, NY, for Appellee.

PRESENT: PIERRE N. LEVAL,
JOSÉ A. CABRANES, REENA RAGGI,
Circuit Judges.

### SUMMARY ORDER

Defendant–Appellant David Rosa appeals from the 10–month sentence of incarceration imposed on him following his third violation of supervised release. The Government concedes that remand is necessary because the District Court made statements inconsistent with the "parsimony clause" in 18 U.S.C. § 3553(a)—that is, the statutory mandate to "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in" 18 U.S.C. § 3553(a)(2). We do not reach the question of whether a 10–month sentence for appellant's violation is substantively reasonable.

For the foregoing reasons, the District Court's judgment is **VACATED** and the case is **REMANDED** for resentencing.